1  DEREK A. ELETICH, CAL. BAR NO. 193393
   LAW OFFICE OF DEREK A. ELETICH
2  155 Forest Avenue
   Palo Alto, CA 94301-1615
3  Telephone:  (650) 543-5477
   Facsimile:  (650) 429-2028
4
5  Y. JUDD AZULAY, ILL. BAR NO. 0086355
   AZULAY, HORN & SEIDEN, LLC
6  205 N. Michigan Ave, 40th Floor
   Chicago, IL 60601
7  Telephone:  (312) 832-2028
   Facsimile:  (312) 363-6101
8  Attorneys for Plaintiff
   AMAL A. KHAN
9
10              UNITED STATES DISTRICT COURT FOR
11              NORTHERN DISTRICT OF CALIFORNIA
12                        San Jose Division
13  AMAL A. KHAN,                    Case No.: C07 03030 PVT
14           Plaintiff,              COMPLAINT FOR WRIT OF
                                     MANDAMUS AND PETITION FOR
15       v.                          HEARING ON NATURALIZATION
                                     APPLICATION
16  MICHAEL CHERTOFF, *Secretary of
    U.S. Department Of Homeland Security*;
17
18  DAVID N. STILL, *District Director of the
    San Francisco Office of the United States
19  Citizenship & Immigration Service;*
20  LINDA FERNANDEZ, *Acting Director of the
    San Jose Sub-Office of the Citizenship &
21  Immigration Services;*
22  ALBERTO GONZALES, *U.S. Attorney
    General;*
23
24  ROBERT S. MUELLER, III, *Director of the
    Federal Bureau of Investigation;* and
25
26  THE UNITED STATES OF AMERICA,
27           Defendants.
28  **IMMIGRATION CASE**

FILED
2007 JUN 12 A 11:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

#99
Fees Pd
SI




NOW COMES the Plaintiff, AMAL A. KHAN, by and through her attorneys, and respectfully petitions this Court for a hearing on her Naturalization Application, and in support thereof, states as follows:

**STATEMENT OF ACTION**

1.  This action is brought to compel action under 8 U.S.C. §§ 1446 & 1447 (Sections 335 & 336 of the Immigration & Nationality Act) on an Application for Naturalization ("N-400") properly filed with the United States Citizenship and Immigration Services ("USCIS") by the Plaintiff in accordance with the requirements of 8 U.S.C. § 1445 (Section 334 of the Immigration & Nationality Act). To the Plaintiff's detriment, Defendants have failed to adjudicate the application.

**JURISDICTION**

2.  This Court has jurisdiction under Immigration and Nationality Act ("INA" or "the Act") Section 336(b) and 8 U.S.C. § 1447(b). These provisions specifically provide for judicial review when the USCIS fails to render a decision on a naturalization application within 120 days after examination. This Court has original jurisdiction to hear both civil actions arising under the laws of the United States, and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 U.S.C. §1331; 28 U.S.C.§1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201-2202.

3.  This action is brought to compel the Defendants, officers and agencies of the United States, to perform their duties arising under the laws of the United States. This Court has jurisdiction to hear actions arising from claims that an agency or officer or employee of a government agency failed to act in its or his or her official capacity and the person to whom the duty was owed suffered a legal wrong. 5 U.S.C. §702.

4.  This action invokes the Plaintiff's right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction. This action is brought due to the failure of the Defendants to perform their duty to adjudicate the Plaintiff's N-

COMPLAINT FOR WRIT OF MANDAMUS AND PETITION FOR HEARING ON NATURALIZATION APPLICATION

400 Application for Naturalization under Section 334 of the Act within a reasonable amount of time. Failure to adjudicate said application has resulted in harm to the Plaintiff.

## INTRADISTRICT ASSIGNMENT

5. Venue is proper in the Northern District of California because Plaintiff resides in the Northern District of California, a substantial part of the events or omissions complained of occurred in the Northern District of California, and no real property is involved in this action. 28 U.S.C. §1391(e)(3).

6. The San Jose Division of the Northern District of California serves the county in which the action arises because the Plaintiff resides in Santa Clara County, and a substantial part of the events or omissions complained of occurred in Santa Clara County.

## PARTIES

7. Plaintiff is a native and citizen of Pakistan, who has been a Lawful Permanent Resident since April 21, 1986. She has continuously resided in the United States and has satisfied the residency requirements for naturalization, has been a person of good moral character, and has demonstrated knowledge of the English language, U.S. government as well as history, as required by INA § 316, 8 U.S.C. §1427.

8. Defendant MICHAEL CHERTOFF ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. Pursuant to the Homeland Security Act of 2002, Pub. L. 107-296, Defendant Chertoff, through his delegates, has authority to adjudicate naturalization applications filed with the United States Citizenship and Immigration Services (USCIS) to accord applicants citizenship under the provisions of §335 of the INA, 8 U.S.C. §1446.

9. Defendant ALBERTO GONZALES ("Gonzales"), the Attorney General of the United States, is being sued in his official capacity only. Gonzales is authorized to promulgate regulations governing the implementation and administration of the Immigration and Nationality Act pertaining to the naturalization of legal resident aliens and other qualified aliens.

10. Defendant DAVID N. STILL ("Still"), the District Director of San Francisco USCIS, is being sued in his official capacity only. Still is charged with supervisory authority over

all of San Francisco (and sub-offices) USCIS operations as well as USCIS agents and officers acting in their official capacity.

11. Defendant ROBERT S. MUELLER, III ("Mueller"), the Director of the Federal Bureau of Investigation (hereinafter "FBI"), is being sued in his official capacity only. Mueller is charged with supervisory authority over all of FBI operations and FBI agents and officers acting in their official capacity.

12. Defendant Linda Fernandez ("Fernandez"), the Acting Director of Benefits for the San Jose Sub-Office for Citizenship and Immigration Services, is being sued in her official capacity only. Fernandez is charged with supervisory authority over all San Jose Sub-Office USCIS operations and USCIS agents and officers acting in their official capacity.

## CAUSE OF ACTION

13. Plaintiff filed Form N-400, Application for Naturalization on January 11, 2006, with the USCIS pursuant to §334 of the Immigration Act of 1990, Pub. L. No. 101-649, 104 Stat. 4978, 8 U.S.C. §1445. *See* Exhibit #1.

14. Plaintiff followed the appropriate procedures for the naturalization process, including having her fingerprints taken on March 23, 2006. *See* Exhibit #2.

15. On May 22, 2006, Plaintiff appeared for a Naturalization Interview in San Jose, California. *See* Exhibit #3.

16. At her scheduled interview, Plaintiff passed the test of English and U.S. history and government, yet was told that no decision could be made on her application. See Id.

17. On October 18, 2006, Plaintiff contacted USCIS regarding the status of her N-400 Application. *See* Exhibit #4. Plaintiff received a response indicating that a decision had not yet been made because the required security checks were not yet complete. See id.

18. On March 19, 2007, Plaintiff appeared at her scheduled InfoPass appointment to inquire, once again, about the status of her Application. *See* Exhibit #5. However, the interviewer only informed the Plaintiff that her name check was still pending.

**COMPLAINT FOR WRIT OF MANDAMUS AND PETITION FOR HEARING ON NATURALIZATION APPLICATION**

19.   Defendants failed to adjudicate Plaintiff's N-400 Application, despite the fact that the application has been pending since January 11, 2006 and throughout that time numerous inquiries have been made with the USCIS.

20.   INA Section 336 (b), 8 U.S.C.S. §1447(b) states in pertinent part:

> If there is a failure to make a determination under [INA] §335 [8 U.S.C. §1446] before the end of the 120 day period after the date on which the examination is conducted under such Section, the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions to the Service to determine the matter.

21.   The majority of courts to consider the issue have determined that the "examination" referred to in 8 U.S.C.S. §1447(b) is the initial naturalization interview. See U.S. v. Hovespan, 359 F.3d 1144, 1151 (9th Cir. 2004); See also, Castracani v. Chertoff, 377 F. Supp. 2d 71 (D.C. 2005); Angel v. Ridge, 2005 U.S. Dist. LEXIS 10667 (S.D. Ill. 2005); Daour v. Chertoff, 2005 U.S. Dist. LEXIS 18325 (W.D. Pa. 2005).

22.   Furthermore, in hearing a Mandamus action with a very similar fact pattern, this Court granted the petition, found no "good cause for further delay," and ordered DHS to administer the oath within sixty days. See Vladimirovna v. Gonzales, 2007 U.S. Dist. LEXIS 28993 (N.D. Cal. 2005). Other courts have reacted similarly. See Al Salah, et al. v. USCIS Detroit, 2007 WL 925693 (E.D. Mich. 2007) (directing the CIS to render its decision within 120 days of the order); Hassan v. Chertoff, CV 07-142-RGK (C.D. Cal. May 4, 2007) (directing CIS to render a decision by the end of September 2007).

23.   That pursuant to INA §336 and 8 U.S.C. §1447, Defendants were required to make a determination on Plaintiff's application for naturalization within 120 days following examination. That said period expired over seven months ago.

\\\

**COMPLAINT FOR WRIT OF MANDAMUS AND PETITION FOR HEARING ON NATURALIZATION APPLICATION**

# PRAYER

WHEREFORE, Plaintiff prays that this court grant her the following relief:

A. To grant Plaintiff citizenship pursuant to her application for naturalization;

B. To award Plaintiff reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within the statutory time period; and

C. Such other relief at law and in equity as justice may so require.

Dated:  June 12, 2007                              LAW OFFICE OF DEREK A. ELETICH

By: _____
DEREK A. ELETICH

Attorney for Plaintiff
AMAL A. KHAN

U.S. Citizenship and Immigration Services · · I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE January 28, 2006 |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | REDACTED |
| APPLICATION NUMBER WSC*001437727 | RECEIVED DATE January 11, 2006 | PRIORITY DATE January 11, 2006 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
AMAL KHAN
1199 WARBURTON AVE 1
SANTA CLARA CA 95050

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:   $400.00
Total Balance Due:              $0.00


The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:            REDACTED    1985
Address Where You Live:   1199 WARBURTON AVE 1
                          SANTA CLARA CA 95050

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

IMPORTANT NOTICE:     All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 5, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(800) 375-5283

APPLICANT CO



WSC*001544862

Form I-797C (Rev. 01/31/05) N

U.S. Citizenship and Immigration Servi I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | NOTICE DATE |
| --- | --- |
| CASE TYPE<br>N400  Application For Naturalization | March 01, 2006 |
| APPLICATION NUMBER<br>WSC*001437727 | RECEIVED DATE<br>January 11, 2006 | PRIORITY DATE<br>January 11, 2006 | REDACTED<br>PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS:

AMAL KHAN
1199 WARBURTON AVE
SANTA CLARA CA 95050

To process your application, INS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER<br>INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | DATE AND TIME OF APPOINTMENT<br>03/23/2006<br>02:00 PM |
| --- | --- |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001437727

EXHIBIT 2

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with tr[anslation or]
the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

2/5/06 original check

U.S. Department of Homeland Security
Citizenship and Immigration Services

N-652, Naturalization Interview Results



A070749728
A070749728

On May 22, 2006, you were interviewed by USCIS Officer Lu

- ☑ You passed the tests of English and U.S. history and government.

- ☐ You passed the test of U.S. history and government and the English language requirement was waived.

- ☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- ☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- ☐ Please follow the instructions on the Form N-14.

- ☐ USCIS will send you a written decision about your application.

- ☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ✓ A decision cannot yet be made about your application. *FBI name check pending*

It is very important that you:

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

**EXHIBIT 3**

Form N-652 (Rev. 01/04/05)N

U.S. Department of Homeland Security<br>
USCIS<br>
1887 Monterey Road<br>
San Jose, CA 95112

**U.S. Citizenship and Immigration Services**

Thursday, October 19, 2006

AMAL KHAN
1199 WARBURTON AVE #1
SANTA CLARA CA 95050

Dear amal khan:

On 10/18/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | The applicant |
| Attorney Name: | Information not available |
| Case type: | N400 |
| Filing date: | Information not available |
| Receipt #: | wsc*001437727 |
| Beneficiary (if you filed for someone else): | khan, amal |
| Your USCIS Account Number (A-number): | Information not available |
| Type of service requested: | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name check remains open.

Until the name check investigation is completed, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



EXHIBIT 4

InfoPass.. Page 1 of 1


Your e-Ticket to Immigration Information.

**Name:** Amal A Khan

**Appointment Type:** Question about case

**Confirmation No.:** SNJ-07-6328

**Appointment Date:** March 19, 2007

**Authentication Code:** 176c6

**Appointment Time:** 11:00 AM

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

**This is your Confirmation Number:**


*SNJ-07-6328*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
29597

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.


EXHIBIT 5

https://infopass.uscis.gov/infopass.php    3/7/2007