| | |
|---|---|
| 1  DEREK A. ELETICH, CAL. BAR NO. 193393<br>   LAW OFFICE OF DEREK A. ELETICH<br>2  155 Forest Avenue<br>   Palo Alto, CA 94301-1615<br>3  Telephone:  (650) 543-5477<br>   Facsimile:   (650) 429-2028 | FILED<br><br>2007 JUN 12  A 11: 11<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

4

5  Y. JUDD AZULAY, ILL. BAR NO. *0086355*
   AZULAY, HORN & SEIDEN, LLC
6  205 N. Michigan Ave, 40th Floor
   Chicago, IL 60601
7  Telephone:  (312) 832-2028
   Facsimile:   (312) 363-6101

8  Attorneys for Plaintiff
   AMAL A. KHAN

  

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

AMAL A. KHAN,

    Plaintiff,

v.

MICHAEL CHERTOFF, *Secretary of U.S. Department Of Homeland Security*;

DAVID N. STILL, *District Director of the San Francisco Office of the United States Citizenship & Immigration Service;*

LINDA FERNANDEZ, *Acting Director of the San Jose Sub-Office of the Citizenship & Immigration Services;*

ALBERTO GONZALES, *U.S. Attorney General*;

ROBERT S. MUELLER, III, *Director of the Federal Bureau of Investigation*; and

THE UNITED STATES OF AMERICA,

    Defendants.

**IMMIGRATION CASE**

Case No. C07 03030 PVT

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 |       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.
3 | Dated: June 11, 2007                 LAW OFFICE OF DEREK A. ELETICH

By: *[signature]*
DEREK A. ELETICH

Attorney for Plaintiff
AMAL A. KHAN

- 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS