Clerk's Use Only

Initial for fee pd.:

Y. Judd Azulay
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601
312.832.9200 x101/171

**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

2007 JUL -2 P 3: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

KHAN, Amal A.

          Plaintiff(s),

v.

CHERTOFF, et al.

          Defendant(s).

CASE NO. C07 03030 PVT

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Y. Judd Azulay, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Amal A. Khan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/27/07