DEREK A. ELETICH, CAL. BAR NO. 193393
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA 94301-1615
Telephone:   (650) 543-5477
Facsimile:   (650) 429-2028

Y. JUDD AZULAY, ILL. BAR NO. 0086355
AZULAY, HORN & SEIDEN, LLC
205 N. Michigan Ave, 40th Floor
Chicago, IL 60601
Telephone:   (312) 832-2028
Facsimile:   (312) 363-6101

Attorneys for Plaintiff
AMAL A. KHAN

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| AMAL A. KHAN,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, *Secretary of U.S. Department Of Homeland Security*;<br><br>DAVID N. STILL, *District Director of the San Francisco Office of the United States Citizenship & Immigration Service;*<br><br>LINDA FERNANDEZ, *Acting Director of the San Jose Sub-Office of the Citizenship & Immigration Services;*<br><br>ALBERTO GONZALES, *U.S. Attorney General*;<br><br>ROBERT S. MUELLER, III, *Director of the Federal Bureau of Investigation*; and<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendants.<br><br>**IMMIGRATION CASE** | Case No.: C07-03030 PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff
2  voluntarily dismisses the above-captioned action with prejudice.
3  Dated:  August 29, 2007            LAW OFFICE OF DEREK A. ELETICH
4              /s/ Derek A. Eletich
5           By:_____
               DEREK A. ELETICH
6
7           Attorney for Plaintiff
            AMAL A. KHAN

**1**